# ALABAMA COURT OF CRIMINAL APPEALS



April 19, 2024

**CR-2023-0761**
Michael Bethany Steger, Jr. v. State of Alabama (Appeal from Madison Circuit
Court: CC-07-6438.60)

## <u>NOTICE</u>

You are hereby notified that on April 19, 2024, the following action was taken
in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk